FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>EDGAR CHRISTIAN RODRIGUEZ,<br>　　　　　　Defendant. | Case No.: 13-MJ-922-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern District of CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　　[✓]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **absence of verified background information**

1  _prior supervised release revocations; and_
2  _defendant's criminal history._
3
4  and/or

5  B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's criminal history and the instant allegations against defendant._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings. _and removed to the Southern District of California forthwith._

Dated: 3/26/13

_/s/ Carla M. Woehrle_

CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE